# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| Civil Action No.: 10-cv-01499-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: October 8, 2010 | Courtroom Deputy: Linda Kahoe |

| SHANNON GREATHOUSE, | Paul J. Maxon |
|---|---|
| Plaintiff, | |
| v. | |
| H&E EQUIPMENT SERVICE, INC. | R. Livingston Keithley |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTION HEARING
**Court in session:** 10:42 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Leave to Amend Complaint, doc #[17], filed 9/23/2010.

Mr. Maxon presents arguments.

Mr. Keithley presents arguments.

The court finds good cause to amend the deadline for joinder of parties and amendment of pleadings.

**ORDERED:** The current deadline for joinder of parties and amendment of pleadings is **VACATED and RESET to OCTOBER 23, 2010.**

Mr. Maxon makes an oral motion to withdraw the Motion to Amend. Mr. Keithley states no objection.

**ORDERED:** Plaintiff's oral motion to withdraw doc #[17] is **GRANTED**. Plaintiff's Motion for Leave to Amend Complaint, doc #[17] is **WITHDRAWN WITHOUT PREJUDICE.**

The court suggests that Mr. Maxon prepare a new motion to amend and send it to Mr. Keithly who will then make a determination whether or not to oppose the motion or to file an appropriate response under Rule 12.

Discussion regarding extending scheduling order deadlines.  The court suggests that counsel assume the October 12, 2010 deadline to designate affirmative experts is vacated.  The court requests that counsel confer and determine appropriate new deadlines.  Counsel should contact chambers for an available date to reset the final pretrial conference, and include that date in their unopposed motion to extend the scheduling order deadlines.

Discussion regarding the Settlement Conference currently set for November 8, 2010.

HEARING CONCLUDED.

**Court in recess**:	**11:34 a.m.**
Total time in court:	00:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.